IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| RACHEL MICHELLE WRIGHT, | Civil No. 2:23-CV-01891-MLP |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the parties' stipulated motion, the Court hereby ORDERS that this matter is remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings. On remand, the administrative law judge will further evaluate the claimant's medically determinable impairments; continue through the sequential evaluation process, reevaluating the claimant's subjective symptom complaints and the medical opinion evidence, as necessary; and offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issue, and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

Page 1     ORDER
           2:23-CV-01891-MLP

DATED this 17th day of June, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Sarah Moum
Sarah Moum
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: (206) 615-2936
Email: sarah.moum@ssa.gov

Page 2   ORDER
         2:23-CV-01891-MLP